**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01096-CR

**CHARLES EDWARDS SIELOFF III, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-35795-P**

## ORDER

The Court **REINSTATES** the appeal.

On October 29, 2012, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Melvyn Bruder; (3) Mr. Bruder's explanation for the failure to file appellant's brief is his workload; and (4) Mr. Bruder requested thirty days to file appellant's brief.

We **ORDER** appellant to file his brief within thirty days of the date of this order. Because the brief is three months overdue, no further extensions will be granted. If appellant's brief is not filed within the time specified, we will order Melvyn Bruder removed as appellant's attorney and order the trial court to appoint new counsel to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Teresa Hawthorne, Presiding Judge, 203rd Judicial District Court, and to counsel for all parties.

/s/     DAVID W. EVANS
          JUSTICE